IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff<br><br>    v.<br><br>**[8] ANTONIO DE JESUS-DE JESUS,**<br>    Defendant. | **Criminal No. 08-163 (ADC)** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Justo Arenas, Chief Magistrate-Judge on April 17, 2009. (**Docket No. 458**). In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Antonio de Jesús-de Jesús** be adjudged guilty of the offenses charged in Count One of the Indictment (T. 21, U.S.C. §§ 846, 841(a)(1) and 860 ) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Chief Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Chief Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count One of the indictment in the above-captioned case.

**The sentencing hearing is set for September 1, 2009 at 9:00 a.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 28th day of April, 2009.

> S/**AIDA M. DELGADO-COLON**
> **United States District Judge**